```
                                 United States Bankruptcy Court
                                      District of Puerto Rico

In re:                                                                  Case No. 18-01745-BKT
THE LINEN HOUSE CORPORATION                                             Chapter 7
        Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0104-3          User: admin              Page 1 of 1            Date Rcvd: Mar 30, 2018
                              Form ID: 309D            Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2018.
db           +THE LINEN HOUSE CORPORATION,    653 MCKINLEY ST. APT. 6,    SAN JUAN, PR 00907-3216
smg           FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR  00902-0192
smg          +PR DEPARTMENT OF LABOR,    PO BOX 195540,    HATO REY, PR 00919-5540
4570177       CHING HING TUNG TRDING CO.. LTD.,    GPO BOX 1687,    HON KOND, CHINA,
4570178      +EMPRESAS FIODEREY, INC.,    PO BOX 9020989,    SAN JUAN, PR 00902-0989
4570179       K & K,   1100 Scott Rd,    Burbank, CA  91504-4237
4570180       KARELA,    6065 NW 167th St,    Hialeah, FL  33015-4327
4570181       PARAMOUNT MFG. GROUP LTD.,    235 WING LOK STREET,    FLAT B, 23/F WING LOK TRADE CENTER,
               SHEUNG WAN, HONG KONG,
4570183      +SARO TRADING,    3333 W. PACIFIC AVE.,    BURBANK, CA 91505-1553
4570184      +SCOTIABANK,    PO BOX 362230,    SAN JUAN, PR 00936-2230
4570186       SIMPLY SELF STORAGE,    CALLE CONCEPCION,    2 PDA 20,    SAN JUAN, PR  00907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: lcdolmedina@gmail.com Mar 30 2018 18:36:12      LUIS A. MEDINA TORRES,
               MEDINA TORRES LAW OFFICE,    BOX 191191,    SAN JUAN, PR  00919-1191
tr            EDI: QWLMENDER.COM Mar 30 2018 22:38:00     WIGBERTO LUGO MENDER,    LUGO MENDER & CO,
               CENTRO INTERNACIONAL DE MERCADEO,    100 CARR 165  SUITE 501,    GUAYNABO, PR  00968-8052
smg           EDI: PRTREAS Mar 30 2018 22:38:00     DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,
               OFICINA 424-B,    SAN JUAN, PR  00902-4140
smg           E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Mar 30 2018 18:36:18      US TRUSTEE,
               EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR  00901-1922
ust           E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Mar 30 2018 18:36:18      MONSITA LECAROZ ARRIBAS,
               OFFICE OF THE US TRUSTEE (UST),    OCHOA BUILDING,    500 TANCA STREET  SUITE 301,
               SAN JUAN, PR   00901
4570175       E-mail/Text: marilyn.gonzalez@popular.com Mar 30 2018 18:36:34      BANCO POPULAR DE PR,
               PO Box 362708,    San Juan, PR  00936-2708
4570176       E-mail/Text: quiebras@bspr.com Mar 30 2018 18:36:29      BANCO SANTANDER PR,    PO Box 191080,
               San Juan, PR  00919-1080
4570182       EDI: PRTREAS Mar 30 2018 22:38:00     PR TREASURY DEPT.,    PO Box 9024140,
               San Juan, PR  00902-4140
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4570185*     +SCOTIABANK,    PO BOX 362230,    SAN JUAN,, PR 00936-2230
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2018 at the address(es) listed below:
NONE.                                                                                      TOTAL: 0
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor | **THE LINEN HOUSE CORPORATION**<br>Name | EIN **66–0605916** |
| United States Bankruptcy Court **District of Puerto Rico**<br>Case number: **18–01745 –BKT 7** | | Date case filed for chapter **7** **3/29/18** |

Official Form 309D (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set    12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | THE LINEN HOUSE CORPORATION | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 653 MCKINLEY ST. APT. 6<br>SAN JUAN, PR 00907 | |
| 4. | **Debtor's attorney**<br>Name and address | LUIS A. MEDINA TORRES<br>MEDINA TORRES LAW OFFICE<br>BOX 191191<br>SAN JUAN, PR 00919–1191 | Contact phone 787 765–3795<br>Email lcdolmedina@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WIGBERTO LUGO MENDER<br>LUGO MENDER & CO<br>CENTRO INTERNACIONAL DE MERCADEO<br>100 CARR 165 SUITE 501<br>GUAYNABO, PR 00968–8052 | Contact phone 787 707–0404<br>Email trustee@lugomender.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901 | Hours open 8:00 AM – 4:00 PM<br><br>Contact phone (787) 977–6000<br><br>Date: 3/30/18 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **April 25, 2018 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**OCHOA BUILDING, 500 TANCA STREET , FIRST FLOOR, SAN JUAN, PR 00901** |

**For more information, see page 2 >**

Debtor **THE LINEN HOUSE CORPORATION** Case number **18–01745**

| | | |
|---|---|---|
| 8. | **Deadlines**<br>The bankruptcy clerk's office must receive proofs of claim by the following deadlines. | **Deadline for all creditors to file a proof of claim Filing deadline: 6/7/18 (except governmental units):**<br><br>**Deadline for governmental units to file a proof   Filing deadline: _____**<br>**of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. |